AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | | | VS. | EMANUEL TRAYLOR | CASE NO. 4:20CR00313-001 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/4/2022 | | Yes | Felony Information from Phillips County, Arkansas, Circuit Court - Case Number CR-2001-38 |
| 2 | | 8/4/2022 | | Yes | Emanuel Traylor's signed plea statement in CR-2001-38 |
| 3 | | 8/4/2022 | | Yes | Emanuel Traylor's signed Order and Conditions of Suspension or Probation - CR-2001-38 |
| 4 | | 8/4/2022 | | Yes | Emanuel Traylor's Supervision History |
| 5 | | 8/4/2022 | | Yes | Arkansas Department of Community Punishment - Violation Report |

Page  2  of  2  Pages